UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA MINOT,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, AND SANTANDER f/k/a<br>SOVEREIGN BANK,<br>    Defendants. | Civil Action No: 14-12137 |

## NOTICE OF REMOVAL

**To:** **THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendants Santander Bank, N.A. ("Santander") and Federal National Mortgage Association ("Fannie Mae") hereby file this Notice of Removal in the above-captioned action and set forth below the grounds for this Notice of Removal:

1. On or about March 21, 2014, plaintiff Laura Minot ("Ms. Minot") filed a Complaint (the "Complaint") against Santander and Fannie Mae in the Suffolk County Superior Court, Massachusetts (Civil Action No. SUCV2014-0947). Santander and Fannie Mae received a copy of the Complaint directly from the Court on May 6, 2014. Neither Santander nor Fannie Mae has any record of service of the Complaint by the plaintiff. Fewer than thirty days have elapsed since Santander and Fannie Mae obtained a copy of the Complaint.

2. The Complaint alleges that Santander and Fannie Mae failed to properly review Ms. Minot for a loan modification that resulted in a denial and eventual foreclosure of her

property.  Plaintiff further alleges that Fannie Mae refused a reasonable offer to purchase the property from a non-profit that would sell the property back to Ms. Minot.

3. According to the Complaint, the plaintiff Ms. Minot resides at 105 Itasca Street, Mattapan, Massachusetts.  See Complaint at ¶ 1.  For purposes of diversity jurisdiction under 28 U.S.C. § 1332, Ms. Minot is a citizen of the Commonwealth of Massachusetts.

4. Santander is a national banking association organized and existing under the laws of the United States, chartered in the State of Delaware.  In accordance with 12 U.S.C. § 1464(x) (West 2011), Santander is deemed to be a citizen only of the state in which it has its "home" office.  Santander's home office, as set forth in its articles of association, is located at 824 North Market Street, Suite 100, Wilmington, Delaware.  For purposes of diversity jurisdiction under 28 U.S.C. § 1332, Santander is therefore, a citizen of the State of Delaware.  See 12 U.S.C. § 1464(x); see also Wachovia Bank, N.A. v. Schmidt, 546 U.S. 303, 306 (2006).

5. Fannie Mae is organized and exists under the laws of the United States, having been chartered by an Act of Congress, codified at 12 U.S.C. §§ 1723 and 1723a et seq.  Fannie Mae has a principal place of business at 3900 Wisconsin Avenue, NW, Washington, D.C.  For diversity purposes, Fannie Mae is a citizen of Washington, D.C.

6. The Plaintiff seeks tort damages in the amount of seventy-five thousand dollars ($75,000) and contract damages in the amount of fifty thousand dollars ($50,000).

7. The United States District Court for the District of Massachusetts has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the dispute is between citizens of different states and the amount in controversy exceeds the sum or value of seventy-five thousand dollars ($75,000).

8. Copies of all pleadings in the defendants' possession are being filed with this Notice of Removal, and are attached hereto as Exhibit A.

9. Santander and Fannie Mae will provide written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d), including filing a certified copy of this Notice of Removal with the clerk of the Superior Court of Suffolk County, Massachusetts.

|  |  |
|---|---|
|  | SANTANDER BANK, N.A., and FEDERAL NATIONAL MORTGAGE ASSOCIATION, By their attorneys, |
|  | */s/ Mary Ellen Manganelli* |
|  | Mary Ellen Manganelli, BBO # 641658 |
|  | Jamie L. Kessler, BBO # 681867 |
|  | Bulkley, Richardson and Gelinas, LLP |
|  | 125 High Street |
|  | Oliver Street Tower, 16th Floor |
|  | Boston, MA  02110 |
|  | Tel: (617) 368-2500 |
|  | Fax: (617) 368-2525 |
| Dated: May 14, 2014 | Email: mmanganelli@bulkley.com |

**CERTIFICATE OF SERVICE**

I, Mary Ellen Manganelli, hereby certify that a true and correct copy of the foregoing document was served upon the parties via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on May 14, 2014.

*/s/ Mary Ellen Manganelli*
Mary Ellen Manganelli

1767061v1