UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| LAURA MINOT,<br>    Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, AND SANTANDER f/k/a<br>SOVEREIGN BANK,<br>    Defendants. | Civil Action No: 14-12137-DPW |

## EMERGENCY MOTION OF JULIA DEVANTHÉRY TO WITHDRAW AS COUNSEL TO THE PLAINTIFF

Julia Devnathéry and The Legal Services Center of Harvard Law School, counsel for the Plaintiff, Laura Minot, hereby move for leave to withdraw as counsel in the above-captioned action pursuant to Local Rule 83.5.2. As grounds for this motion, Counsel states that there has been an irretrievable breakdown in the attorney-client relationship. Counsel has recently received information that has led her to determine that she cannot continue to represent the Plaintiff while upholding her duties under the Massachusetts Rules of Professional Responsibility.

Counsel respectfully requests a hearing at the Court's earliest possible convenience. On April 30, 2015, the Court set accelerated deadlines for the conclusion of discovery by June 5, 2015, and summary judgment briefing shortly thereafter. Counsel requests that this Motion be heard on an emergency basis, given the fast-approaching deadlines.

Counsel states further that Plaintiff was given advance notice of counsel's intent to seek leave to withdraw, and has been duly served with a copy of this Motion.

June 1, 2015                                      /s/ Julia Devanthéry
                                                      Julia Devnathéry
                                                      BBO # 677029
                                                      Legal Services Center
                                                      122 Boylston Street
                                                      Jamaica Plain, MA 02130
                                                      (617) 390-2566


### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Julia Devanthery, hereby certify that I conferred with Defendants' counsel, Mary Ellen Manganelli, by phone and email on June 1, 2015 and she declined to assent to this motion, planning instead to file a separate response to this motion.

                                                        /s/ Julia Devanthéry
                                                          Julia Devnathéry


### CERTIFICATE OF SERVICE

I, Julia Devnathéry, Attorney for the Plaintiff, hereby certify that I served copies of the above Motion to Withdraw by email to Mary Ellen Manganelli of Bulkley Richardson and Gelinas and mailing copies, first class postage prepaid, to Laura Minot, 105 Itasca Street, Mattapan, MA 02126 on this, the 1st day of June, 2015.

                                                       /s/ Julia Devanthéry
                                                         Julia Devnathéry