UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| LAURA MINOT,           )<br>    Plaintiff,          )<br>                        )<br>v.                      )<br>                        )<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION AND SANTANDER )<br>BANK f/k/a SOVEREIGN BANK, )<br>    Defendants.         ) | Civil Action No: 14-12137-DPW |

## LIMITED OPPOSITION OF DEFENDANTS TO EMERGENCY MOTION OF JULIA DEVANTHERY TO WITHDRAW AS COUNSEL TO THE PLAINTIFF

The Defendants, by and through their counsel of record, hereby respond to the emergency motion of Julia Devanthery to withdraw as counsel to plaintiff as follows:

1. Defendants do not object to Ms. Devanthery's withdrawal as long as the current tracking order deadlines are stayed while the court determines if the plaintiff will proceed pro se, whether she will need time to engage new counsel, or whether the plaintiff wishes to dismiss her case.

2. Defendants originally withheld their assent to the motion to withdraw because the draft motion to withdraw included a request that the hearing be held on an ex parte basis and the motion to withdraw be assigned to another judge. Plaintiff has not provided any explanation as to why the Defendants should be excluded from any hearing on the motion to withdraw and Defendants object to any attempt to exclude them from the hearing. Defendants are entitled to appear at any hearing that is held in this case regardless of whether the plaintiff's counsel believes that sensitive information could be shared at the hearing.

Defendants have also not provided any explanation as to why the motion to withdraw should be assigned to another judge.

WHEREFORE, Defendants provide their limited assent to Ms. Devanthery's withdrawal in accordance with the conditions noted herein.

> Respectfully submitted,
>
> FEDERAL NATIONAL MORTGAGE
> ASSOCIATION and SANTANDER BANK, N.A.,
> By their attorney,
>
> */s/ Mary Ellen Manganelli*
> Mary Ellen Manganelli, BBO #641658
> Bulkley, Richardson and Gelinas, LLP
> 125 High Street
> Oliver Street Tower, 16th Floor
> Boston, MA 02110
> (617) 368-2500
> mmanganelli@bulkley.com

Dated: June 1, 2015

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2015.

> */s/ Mary Ellen Manganelli*
> Mary Ellen Manganelli

#2036276